UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

       - v -

STEPHEN ERIC LAWRENCE,

           Defendant.

- - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

07 CRIM. 597

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
            June 25, 2007

                                  MICHAEL J. GARCIA
                                  United States Attorney

                  By:   _____
                         TIMOTHY J. TREANOR
                         Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                  By:   _____
                         PETER G. NEIMAN, ESQ.
                         Attorney for Stephen Eric Lawrence