UNITED STATES DISTRICT COURT
SOUTHONE DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) No. 07-cr-00597 <br> STEPHEN ERIC LAWRENCE ) <br> ) <br> Defendant. ) |  |

**[PROPOSED] ORDER**   *PKC*

Upon consideration of Defendant Stephen Eric Lawrence's unopposed application to modify his bail conditions, IT IS HEREBY ORDERED that Defendant's application is GRANTED and his bail conditions are amended as follows:

*PKC* ~~Reduction~~ Pre-Trial services may require more frequent telephonic reports.

1. Defendant will report in person once every month to Pre-trial Services, *provided that*

*PKC* 2. Defendant is permitted to travel in the United States, Canada, and the Bahamas upon [written] prior notice to the Government ~~and may apply for travel documentation for those locations~~.

3. Prior approval of Court is required for any new application for travel documents.

SO ORDERED.

*[signature]*

Hon. P. Kevin Castel
United States District Judge

DATED: __7-9-07__, 2007