08/27/2007 14:11 FAX WILMER CUTLER PICKERINGM 002/003

WILMERHALE

**By Facsimile**

**Peter G. Neiman**

+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

August 27, 2007

MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/30/07

Hon. P. Kevin Castel
United States District Judge, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: *United States v. Stephen Lawrence*, 07-cr-00597

Dear Judge Castel:

With the consent of the Government, we submit this application to modify one condition of the bail this Court set for Mr. Lawrence's bail.

Mr. Lawrence is currently free on $5 million bond. His bail permits him to travel to Canada and the Bahamas, and with the Government's consent he is currently residing outside the United States.

Mr. Lawrence's bond requires him to report to pretrial services in person on a monthly basis. His next scheduled reporting date is August 28, 2007. Before Mr. Lawrence can return to the United States to report to pretrial services, the Government must obtain certain documents from the immigration service. The Government has not yet obtained the required documents. Accordingly, we request that the Court suspend the in-person reporting requirement, and replace it with a monthly telephone reporting requirement, until the Government obtains the documents necessary to permit Mr. Lawrence to travel to the United States.

The Government has consented to this request.

The request is granted.

SO ORDERED.

Respectfully submitted,

Peter G. Neiman /es

Peter G. Neiman

8/27/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
PART I

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Baltimore Beijing Berlin Boston Brussels London New York Oxford Palo Alto Waltham Washington

US1DOCS 6338229v1