# MEMO ENDORSED

## WILMERHALE

**By Hand**

December 21, 2007

Hon. P. Kevin Castel
United States District Judge, SDNY
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 2260
New York, NY 10007

Re: *United States v. Stephen Lawrence*, 07-cr-00597

Peter G. Neiman
+1 212 295 6487 (t)
+1 212 230 8888 (f)
peter.neiman@wilmerhale.com

RECEIVED
DEC 21 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

Dear Judge Castel:

With the consent of the Government, we submit this application to modify a portion of the Court's December 20, 2007 order regarding bail. We had asked the Court to expand the geographical scope of Mr. Lawrence's travel restrictions to include Europe, but had neglected to identify the specific countries within Europe to which Mr. Lawrence wished to travel. The Court's order authorized Mr. Lawrence (on notice to the Government) to travel to the European Union. One of the European countries to which Mr. Lawrence wishes to travel, Switzerland, is not a member of the European Union. We apologize for the lack of precision in our prior request and ask the Court to add Switzerland to the countries to which Mr. Lawrence may travel. Assistant United States Attorney Benjamin Gruenstein has consented to this request.

Respectfully submitted,

*/s/ Peter G. Neiman*

Peter G. Neiman

cc: Benjamin Gruenstein, Esq. (via e-mail)
Dennis Khilkevich (via fax)

*[Handwritten endorsement:]* Bail further modified to permit travel on the European Union and Switzerland on prior written notice to the government. SO ORDERED. /s/ USDJ 12-21-07

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Baltimore   Beijing   Berlin   Boston   Brussels   London   New York   Oxford   Palo Alto   Waltham   Washington

US1DOCS 6492784v1