| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEPHEN ERIC LAWRENCE  et al.,<br><br>Defendants. | NOTICE OF APPEARANCE AND REQUEST<br>FOR ELECTRONIC NOTIFICATION<br>07 Cr. 597 (PKC) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                   Southern District of New York

                                            by:   /s/
                                                  Jonathan B. New
                                                  Assistant United States Attorney
                                                  (212) 637-1049

TO:   All Defendants (By ECF)